IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE:   David Pena                                    CHAPTER 13
         Rosa E. Cazares
         3219 Logan Crest Ct.                          CASE NO. 10-40194-H1
         Katy, TX  77494

              DEBTORS

---

### MOTION TO DISMISS OR CONVERT

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

David G. Peake, Chapter 13 Trustee moves the court to Dismiss or Convert the above-referenced case for the following reasons:

_____ The Chapter 13 Plan must be amended to provide for the claims of the secured and priority Creditors in full within the terms of the Plan.

__X__ Payments due pursuant to  U.S.C. § 1326(a)(1)  have not been made.

_____ Debtors failed to appear for the Meeting of Creditors and this constitutes a failure to appear in proper prosecution of the case for purposes of subsequent eligibility under 11 U.S.C. § 109.

__X__ The Debtors have not filed their Federal Income Tax return for the following years: 2007, 2008, AND 2009.  Therefore the Debtors are not able to meet the burden of proving that the Plan complies with 11 U.S.C. § 1322 (a) (2).

_____ The Debtors have caused unreasonable delay that is prejudicial to the Creditors.

__X__ Other:      FAILED TO PROVIDE 2009 TAX RETURN FOR SPOUSE TO THE TRUSTEE.

**A HEARING WILL BE CONDUCTED ON THIS MATTER ON FEBRUARY 09, 2011 AT 1:45 PM IN U.S. BANKRUPTCY COURT, 515 RUSK, ROOM 404, 4TH FLOOR, HOUSTON, TX  77002-0000.  IF YOU WANT A HEARING, YOU MUST REQUEST ONE IN WRITING.  YOU MUST FILE YOUR RESPONSE WITH THE CLERK OF THE BANKRUPTCY COURT WITHIN TWENTY ONE DAYS AS FOLLOWS: 1. FILE A RESPONSE WITHIN TWENTY ONE DAYS THAT SHOWS THAT THE ABOVE-CITED DEFICIENCY HAS BEEN CURED, OR 2.  FILE A RESPONSE WITHIN TWENTY ONE (21) DAYS THAT SHOWS THAT THE COURT SHOULD ALLOW YOU ADDITIONAL TIME TO CURE THE ABOVE-CITED DEFICIENCY.  OTHERWISE, THE COURT MAY TREAT THE PLEADING AS UNOPPOSED AND DISMISS OR CONVERT YOUR CASE.  IF THE DEFICIENCY IS FOR FAILURE TO FILE TAX RETURNS AND THE CASE IS DISMISSED, YOU WILL NOT BE ALLOWED TO FILE ANOTHER BANKRUPTCY CASE UNTIL ALL OF YOUR RETURNS ARE FILED.**

Wherefore, the Trustee requests that the case be dismissed or converted to Chapter 7, whichever shall be determined in the best interest of creditors.

Dated:  January 21, 2011

/s/ David G. Peake

David G. Peake
Standing Chapter 13 Trustee

---

**CERTIFICATE OF SERVICE**

---

I certify that a true and correct copy of the foregoing document was sent to all parties listed on the matrix on file with the Bankrutpcy Clerk's Office on or about the time this document was electronically filed with the Clerk on 01/21/2011.  A copy of the Certificate of Mailing of the document is on file and may be viewed at the U.S. Bankruptcy Clerk's Office.


Electronically signed by
David G. Peake, Chapter 13 Trustee

Debtor's Attorney of Record:
CHRISTOPHER TODD MORRISON  PC
ATTORNEY AT LAW
1306 DOROTHY
HOUSTON, TX  77008

Debtor:
David Pena
Rosa E. Cazares
3219 Logan Crest Ct.
Katy, TX  77494

ACS PRIMARY CARE PHYS SW PA
C/O PRA RECEIVABLES MGMT, LLC
PO BOX 12907
NORFOLK, VA  23541

AFNI
PO BOX 3097
BLOOMINGTON, IL  61702

AFNI INC
PO BOX 3427
BLOOMINGTON, IL  61702-3517

AIS SERVICES LLC
50 CALIFORNIA ST STE 150
SAN FRANCISCO, CA  94111

ARROW FINANCIAL SERVICES
5996 W THOUHY AVE
NILES, IL  60714

ASCENSION CAPITAL GROUP LTD
PO BOX 201347
ARLINGTON, TX  76006

ASSET ACCEPTANCE LLC
PO BOX 2036
WARREN, MI  48090

BEACON SRVCS
2400 YORK ROAD
TIMONIUM, MD  21093

CAINE & WEINER
PO BOX 5010
WOODLAND HILLS, CA  91365-5010

CALS
525 BROOK ST-POBOX 689
ROCKY HILL, CT  06067

CAPITAL ONE AUTO FINANCE
ASCENSION CAPITAL GROUP
PO BOX 201347
ARLINGTON, TX  76006

CAPITAL ONE AUTO FINANCE
PO BOX 829009
DALLAS, TX  75382

CAPITAL ONE AUTO FINANCE
P O BOX 821209
DALLAS, TX  75382-1209

CAPITAL ONE BANK
TSYS DEBT MGMT
PO BOX 5155
NORCROSS, GA  30091

CAVALRY PORTFOLIO SERVICES LLC
500 SUMMIT LAKE DRIVE  SUITE 400
VALHALLA, NY  10595-1340

CHEVRON/TEXACO CITIBANK
ATTN CENTRALIZED B/R
PO BOX 20507
KANSAS CITY, MO  64195

CHRISTOPHER TODD MORRISON  PC
ATTORNEY AT LAW
1306 DOROTHY
HOUSTON, TX  77008

CINCO MUD #10
6935 BARNEY RD STE 110
HOUSTON, TX  77092-4443

CINCO RESIDENTIAL PROP. ASSOC.
C/O PLANNED COMMUNITY MGMT, INC
ATTN: ACCOUNTS RECEIVABLES
PO BOX 219223
HOUSTON, TX  77218

CITIBANK USA
ATTN: CENTRALIZED BANKRUPTCY
PO BOX 20363
KANSAS CITY, MO  64195

CITIFINANCIAL
PO BOX 499
HANOVER, MD  21076

CITY BANK USA
BANKRUPTCY OPERATIONS
PO BOX 20507
KANSAS CITY, MO  64195

COLLECTION
PO BOX 10587
GREENVILLE, SC  29603

COMCAST
8400 W. TIDWELL
HOUSTON, TX  77040

COMPASS BANK
PO BOX 201347
ARLINGTON, TX  76006

COMPASS BANK
PO BOX 2210
DECATUR, AL  35699

COMPASS BANK
PO BOX 192
BIRMINGHAM, AL  35201-0192

COMPASS BANK
PO BOX 4444
HOUSTON, TX  77210-4444

CONNS CREDIT CORP
PO BOX 2358
BEAUMONT, TX  77704-2358

CREDIT MANAGEMENT
4200 INTERNATIONAL
CARROLLTON, TX  75007

DELL FINANCIAL SERVICES
C/O RESURGENT CAPITAL SERVICES
PO BOX 10390
GREENVILLE, SC  29603

ECMC
101 E FIFTH ST
SAINT PAUL, MN  55101

FINANCIAL CONTROL SVC
111 E CENTER ST
LORENA, TX  76655

FORT BEND COUNT Y ESD #2
1317 EUGENE HEIMANN CIRCLE
RICHMOND, TX  77469

FORT BEND COUNTY
1317 EUGENE HEIMANN CIRCLE
RICHMOND, TX  77469

GEMB/WALMART
PO BOX 103104
ROSWELL, GA  30076

GFH FUNDING, LTD.
10300 HERITAGE, #200
SAN ANTONIO, TX  78216

HOOVER SLOVACEK LLP
5847 SAN FELIPE, SUITE 2200
HOUSTON, TX  77057

HSBC
PO BOX 5213
CAROL STREAM, IL  60197

INTERNAL REVENUE SERVICE***
P O BOX 7317
PHILADELPHIA, PA  19101-7317

JEFFERSON CAPITAL SYSTEMS
PO BOX 953185
ST LOUIS, MO  63195

KATY ISD
PO BOX 159
KATY, TX  77492

LAW OFFICE OF JOEL CARDIS, LLC
2006 SWEDE RD., SUITE 100
E. NORRITON, PA  19401

LINEBARGER HEARD GOGGAN BLAIR
PO BOX 3064
HOUSTON, TX  77253

LVNV FUNDING LLC
PO BOX 740281
HOUSTON, TX  77274

MACYS
PO BOX 8053
MASON, OH  45040

MEMBERS CHOICE CREDIT UNION
14960 PARK ROW BLVD
HOUSTON, TX  77084-5165

MEMORIAL HERMANN HOSPITAL
PO BOX 201367
HOUSTON, TX  77216

NATHAN C CACE PC
10300 HERITAGE BOULEVARD SUITE 140
SAN ANTONIO, TX  78216

NCO FIN/09
507 PRUDENTIAL RD
HORSHAM, PA  19044

NCO FINANCIAL/27
PO BOX 7216
PHILADELPHIA, PA  19101

OUTSOURCE RECIEVABLES
PO BOX 166
OGDEN, UT  84402

PAYDAY ADVANCE
4927 HWY 6 NORTH, STE 205
HOUSTON, TX  77084

PORTFOLIO RECVRY & AFFIL
POBOX 182789
COLOMBUS, OH  43213

PRA RECEIVABLES MANAGEMENT LLC
PORTFOLIO ASSOCS
PO BOX 12914
NORFOLK, VA  23541

RJM ACQUISITIONS
575 UNDERHILL BLVD #224
SYOSSET, NY  11791

ROUNDUP FUNDING, LLC
MS 550
P O BOX 91121
SEATTLE, WA  98111-9221

SANTANDER CONSUMER USA
8585 N STEMMONS FWY
DALLAS, TX  75247

SOUTHERN AUTO FINANCE COMPANY
P.O. BOX 721089
ORLANDO, FL  32872

SUZANNE FROSSARD
3709 S. UNIVERSITY DR
FORT WORTH, TX  76109

TARGET
PO BOX 9475
MINNEAPOLIS, MN  55440

TEXAS CHILD SUPPORT DISB
PO BOX 659791
SAN ANTONIO, TX  78265-9791

TEXAS LOAN CORPORATION
690 E LAMAR #575
ARLINGTON, TX  76011

VERIZN WIRELESS
PO BOX 3397
BLOOMINGTON, IL  61702

WILLOW FORK DRAINAGE DISTRICT
1317 EUGENE HEIMANN CIRCLE
RICHMOND, TX  77469

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:                                                    CHAPTER 13

David Pena                                               CASE NO. 10-40194-H1
Rosa E. Cazares
3219 Logan Crest Ct.
Katy, TX  77494

        DEBTORS

---

**ORDER OF DISMISSAL**

---

       The Court has considered the Trustee's Motion to Dismiss and any response or opposition thereto. The court is of the opinion that proper notice to all parties in interest has been given and that the Motion should be granted. It is therefore

       ORDERED that this case is dismissed.


Dated: _____


                                              _____
                                         United States Bankruptcy Judge