B6J (Official Form 6J) (12/07)

IN RE: **David Pena**
**Rosa E. Cazares**

Case No. **10-40194-H1-13**
(if known)

## *THIRD AMENDED 2/3/2011*
## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $1,209.00 |
|    a. Are real estate taxes included?   ☐ Yes   ☑ No | |
|    b. Is property insurance included?   ☐ Yes   ☑ No | |
| 2. Utilities:  a. Electricity and heating fuel | $350.00 |
|            b. Water and sewer | $55.00 |
|            c. Telephone | $65.00 |
|            d. Other:  Cable TV, internet | $149.00 |
| 3. Home maintenance (repairs and upkeep) | $75.00 |
| 4. Food | $675.00 |
| 5. Clothing | $75.00 |
| 6. Laundry and dry cleaning | $75.00 |
| 7. Medical and dental expenses | $50.00 |
| 8. Transportation (not including car payments) | $340.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $20.50 |
| 10. Charitable contributions | |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|      a. Homeowner's or renter's | $77.00 |
|      b. Life | |
|      c. Health | |
|      d. Auto | $116.00 |
|      e. Other: | |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | $365.00 |
| Specify: Property Taxes | |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|     a. Auto: | |
|     b. Other:  Haircuts and Personal Hygiene | $60.00 |
|     c. Other:  Cell phones | $90.00 |
|     d. Other:  School supplies | $35.00 |
| 14. Alimony, maintenance, and support paid to others: | |
| 15. Payments for support of add'l dependents not living at your home: | |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | |
| 17.a. Other: HOA dues | $75.00 |
| 17.b. Other: | |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | **$3,956.50** |
| 19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document: **None.** | |
| 20. STATEMENT OF MONTHLY NET INCOME | |
| a. Average monthly income from Line 15 of Schedule I | $6,036.50 |
| b. Average monthly expenses from Line 18 above | $3,956.50 |
| c. Monthly net income (a. minus b.) | $2,080.00 |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re **David Pena**  Case No. **10-40194-H1-13**
    **Rosa E. Cazares**
                                                                                                        (if known)

*THIRD AMENDED 2/3/2011*
## DECLARATION CONCERNING DEBTOR'S SCHEDULES
### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

    I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of    **3**    sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **2/3/2011**  Signature **/s/ David Pena**
                                                                                           **David Pena**

Date **2/3/2011**  Signature **/s/ Rosa E. Cazares**
                                                                                           **Rosa E. Cazares**
                                                                  [If joint case, both spouses must sign.]

*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.*