

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § | No. 10-40194-H1-13 |
| DAVID PENA | § | |
| ROSA E. CAZARES | § § | Chapter 13 |
| DEBTOR(S) | § § | |

ENTERED
01/13/2012

### *MODIFIED* ORDER TO EMPLOYER TO PAY CHAPTER 13 TRUSTEE

ORDERED:

1. Lone Star RV Sales, 14444 North Freeway, Houston, TX 77090, is ordered to pay **$459.00** each **weekly** pay period out of the income of **David Pena** to the chapter 13 trustee. Payment shall be made to:

    DAVID G. PEAKE, TRUSTEE
    PO BOX 2158
    MEMPHIS, TN 38101-2158

2. If David Pena does not earn enough during any particular weekly pay period to deduct the entire amount of $**459.00,** then Lone Star RV Sales shall deduct the maximum amount of the net wages as possible, and in this instance the Debtor shall be responsible for mailing the difference to the Trustee in the form of certified funds to the same address indicated above.

3. These wage deductions shall continue until further order of this Court.

4. The Ch.13 Trustee and the debtor shall each submit a copy of this order to the employer.

5. Failure to comply with the terms of this order may result in sanctions.

6. The Employer, or its agent, shall not charge the Debtor any fee for the execution of or compliance with this Order.

Signed: January 13, 2012

_____
Marvin Isgur
Chief United States Bankruptcy Judge